**Allan A. PETERSEN, Plaintiff–
Appellant,**

v.

**Laveda RAWLS; Tony Baker,
Defendants–Appellees.**

No. 03–6563.

United States Court of Appeals,
Fourth Circuit.

Submitted May 29, 2003.

Decided June 6, 2003.

502

Allan A. Petersen, Appellant Pro Se.

Before WILKINSON, MICHAEL and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

Allan A. Petersen appeals the district court's order denying his civil rights action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Petersen v. Rawls,* No. CA–03–178–5–BO (E.D.N.C. Mar. 18, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*